IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY A. CONQUEST,<br><br>    Plaintiff,<br><br>v.<br><br>WMC MORTGAGE CORP., et al.<br><br>    Defendant. | CIVIL ACTION<br>NO. 16-03604 |

# ORDER

**AND NOW,** this 29th day of March 2017, upon consideration of Plaintiff's Amended Complaint (Doc. No. 16), Defendants' Motion[s] to Dismiss [the Amended Complaint] (Doc. Nos. 14, 17, 18, 19, 20, 28), Plaintiff's Response in Opposition to the Motions to Dismiss (Doc. Nos. 22, 31, 32, 33, 35), Defendants' Reply in Support of the Motions to Dismiss (Doc. Nos. 24, 25, 36, 37, 38, 39), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

   1.   Defendant American Modern Home's Motion to Dismiss (Doc. No. 14) is **GRANTED**;

   2.   Defendant Southwest Business Corporation's Motion to Dismiss (Doc. No. 17) is **GRANTED**;

   3.   Defendant Vanderbilt Mortgage and Finance, Inc.'s Motion to Dismiss (Doc. No 18) is **GRANTED**;

   4.   Defendant Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss (Doc. No 19) is **GRANTED**;

5. Defendant MERSCORP Holding, Inc.'s Motion to Dismiss (Doc. No 19) is **GRANTED**;

6. Defendant HomeFirst Agency, Inc.'s Motion to Dismiss (Doc. No. 20) is **GRANTED**;

7. Defendant WMC Mortgage LLC's Motion to Dismiss (Doc. No 28) is **GRANTED**; and

8. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.